## HARDING et al. v. STITH.
### No. 9656.

Court of Civil Appeals of Texas.
San Antonio.
Nov. 27, 1935.

Coke R. Stevenson, of Junction, and C. H. Gilmer, of Rocksprings, for appellants.

Robt. M. Lyles, of Conroe, for appellee.

BOBBITT, Justice.

Inasmuch as appellants have filed no brief, or in any way prosecuted the appeal of this cause herein, it is apparent that the appeal has been abandoned.

This cause is, therefore, dismissed for want of prosecution.